MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Paul Devine



2/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL DEVINE and CPK ENGINEERING, INC., <br><br> Defendants | Case No.: CV 10-03563 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER STAYING THIS CASE **AS MODIFIED** |

    Plaintiff Apple Inc. and defendants Paul S. Devine, by and through the undersigned counsel, and CPK Engineering, Inc., by and through its undersigned corporate representative, stipulate and agree as follows:

    1.    Mr. Devine is currently one of two defendants in a criminal case pending before this Court, *United States v. Paul Devine*, N.D. Cal. Case No. CR 10-00603 JW. The indictment in the criminal case is based on the same allegedly fraudulent conduct at issue in the present civil case.

    2.    On October 21, 2010, the United States filed a Notice of Related Case in the criminal case stating that (a) Mr. Devine is charged in each of the criminal indictment's twenty-three counts, (b) defendant CPK Engineering, Inc. is mentioned in the indictment as an instrument of the alleged fraud, and (c) both defendants in the civil

case are alleged to have engaged in, among other things, the same fraudulent kickback scheme that is the primary subject of the indictment. (*See United States v. Paul Devine*, Docket No. 18.) On November 4, 2010, this Court issued an order finding that this case and the aforementioned criminal case are related. (*See United States v. Paul Devine*, Criminal Docket No. 19.)

3. The parties believe that once the criminal case is resolved, the issues to be litigated in this case may be significantly narrowed thereby preserving resources of the parties and this Court. The parties do not believe that a stay of this case pending resolution of the criminal case will prejudice any party to this case or the public interest. *See Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995) (identifying judicial efficiency, potential prejudice to the parties, and the public interest as factors to be considered when determining whether to stay civil proceedings in the face of parallel criminal proceedings).

4. The initial Case Management Conference in this case is scheduled for March 28, 2011.

5. On September 9, 2010, plaintiff Apple Inc. and Mr. Devine previously stipulated to an extension of time for Mr. Devine to file a responsive pleading. (*See Apple, Inc. v. Devine*, Doc. No. 6.)

Accordingly, the parties hereby stipulate and respectfully request that this Court enter an order (a) staying the present civil case, *Apple Inc. v. Paul Devine and CPK Engineering, Inc.*, CV 10-03563 JW, in its entirety and as to all parties pending the resolution of the criminal case, *United States v. Paul Devine*, CR 10-00603 JW, or until further order of this Court, (b) permitting any party to request that the Court lift the stay before the resolution of the criminal case if the circumstances of the criminal case suggest that the stay is no longer appropriate, and (c) permitting defendants to file a responsive pleading to plaintiff Apple Inc.'s civil complaint up to 45 days following lifting of this stay.

1  The parties also stipulate and respectfully request that this Court vacate the March
2  28, 2011 Case Management Conference.

5  Dated:                                Respectfully Submitted,

                                         RAMSEY & EHRLICH LLP

                                         //s//

                                         ISMAIL RAMSEY
                                         Attorney for Paul Devine


                                         O'MELVENY & MYERS LLP

                                         //s//

                                         SHARON M. BUNZEL
                                         Attorney for Apple, Inc.



                                         //s//

                                         PAUL DEVINE
                                         Individually, and as corporate
                                         representative of CPK Engineering, Inc.


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.
The Clerk of Court shall administratively close this file.  Within ten (10) days of the close of the related criminal proceedings, either party may move to have the case reopened.

Dated: February 14, 2011

_____
HON. JAMES WARE
US DISTRICT COURT CHIEF JUDGE